# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCO ANTONIO SANCHEZ,
Appellant,
vs.
ISIDRO BACA, WARDEN OF
NORTHERN NEVADA
CORRECTIONAL CENTER,
Respondent.

No. 70895

**FILED**

MAR 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying appellant Marco Sanchez's May 6, 2016, postconviction petition for a writ of habeas corpus (credits).[1]  First Judicial District Court, Carson City; James E. Wilson, Judge.

Sanchez claims that the Nevada Department of Corrections (NDOC) is not deducting statutory credits earned pursuant to NRS 209.4465 but is applying NRS 209.4465(8) in violation of the Ex Post Facto Clause. The statutes in effect at the time Sanchez committed his offenses govern. *See Weaver v. Graham*, 450 U.S. 24, 31-33 (1981); *Goldsworthy v. Hannifin*, 86 Nev. 252, 255, 468 P.2d 350, 352 (1970). Sanchez was sentenced for crimes committed in April 1997. Because NRS 209.4465 applies only to sentences for "crime[s] committed on or after July 17, 1997," NRS 209.4465(1), that statute does not apply to Sanchez. Further,

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-08734

he has failed to demonstrate that NDOC is applying NRS 209.4465(8) to his sentence. We therefore conclude that the district court did not err in denying the petition, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. James E. Wilson, District Judge
       Marco Antonio Sanchez
       Attorney General/Carson City
       Carson City Clerk